UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM ESCALARA,

               Plaintiff,

                                                                                      No.9:04-CV-0983
             v.                                        (FJS/DEP)

T. CHARWAND, C.O., et al.,

               Defendants.
_____

APPEARANCES:                                 OF COUNSEL:

**FOR PLAINTIFF**:

WILLIAM ESCALARA, *Pro Se*


**FOR DEFENDANTS**:

HON. ANDREW M. CUOMO                 BRUCE J. BOIVIN, ESQ.
Attorney General of the              Assistant Attorney General
  State of New York
The Capitol
Litigation Bureau
Albany, New York 12224-0341


**FREDERICK J. SCULLIN, JR., S.D.J.**:


<u>**ORDER**</u>

    Presently before the Court is Magistrate Judge David E. Peebles February 19, 2008 Report-Recommendation in which he recommends that defendants' motion for summary judgment dismissing plaintiff's complaint be granted and that plaintiff's

complaint be dismissed in all respects, without prejudice as to defendants West, C. Lambard, Baldwin, and J. Roch, but otherwise with prejudice. The Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, the Court

**ORDERS** that the Report-Recommendation of Magistrate Judge David E. Peebles filed February 19, 2008, is for the reasons stated therein, **ACCEPTED** in its entirety and the Court further

**ORDERS** that defendants' motion for summary judgment dismissing plaintiff's complaint is **GRANTED**, and that plaintiff's complaint is dismissed in all respects, without prejudice as to defendants West, C. Lambard, Baldwin, and J. Roch, but otherwise with prejudice, and the Court further

**ORDERS** that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

DATED: March 12, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge